IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ARLENE R. ATHERTON,<br><br>                  Plaintiff,<br><br>v.<br><br>CITY OF GLENWOOD SPRINGS COLORADO, GLENWOOD SPRINGS POLICE DEPARTMENT, et. al.,<br><br>                  Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:19-cv-379<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

      Before the court is the Report and Recommendation issued by the Magistrate Judge on August 9, 2019, recommending that the court dismiss this action without prejudice for lack of subject matter jurisdiction. (Dkt. No. 6.) The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

      De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation has been completed. The analysis and conclusion of the Magistrate Judge are correct and the Report and Recommendation will be adopted.

It is hereby ORDERED that the Report and Recommendation (Dkt. No. 6) is ADOPTED, and this action is DISMISSED without prejudice.

DATED this 30th day of August, 2019.

BY THE COURT:

Dee Benson
United States District Judge